FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 13  PM 5:15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY J. MITCHELL | CIVIL ACTION NO. 06-1666 |
| VERSUS | |
| HOMECOMINGS FINANCIAL | SECTION M |

### ORDER

Before the Court is Defendants' Motion for Summary Judgment which is opposed by plaintiff and which came for hearing on November 8, 2006, on the briefs. After consideration of the motions, the briefs, and the applicable law, the Court denies the Motion.

**FACTS:**

Plaintiff Shirley Mitchell insured her home at 7736 Edwards Avenue in New Orleans for wind damage through Louisiana Citizens Fair Plan. Defendant, Homecomings Financial Network, Inc. (Homecomings), is plaintiff's lender and holder of an escrow account which made payments for Mitchell's insurance coverage. Homecomings admits that through inadvertence payment was not made correctly on a timely basis and the policy lapsed. Homecomings arranged for retroactive "forced place" homeowners coverage through Defendant, American Security Insurance

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Company (American Security). Mitchell's home was damaged during Hurricane Katrina, and she brought suit against Homecomings and American Security alleging that Homecomings negligently allowed the policy to lapse, the replacement policy with American Security did not provide for the same coverage, and American Security did not adjust her claim satisfactorily. Defendants allege that Mitchell was not damaged by Homecomings' actions and that American Security paid her claim properly.

**ANALYSIS:**

Defendants admit that Mitchell established an escrow account to pay the renewal premium on her Louisiana Citizens policy and that this policy was cancelled. Whether Mitchell was harmed as a result of the policy cancellation or the terms of the replacement policy is a factual dispute. As such, summary judgment is not appropriate. See FRCP 56(c).

Accordingly, Defendants' Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana, this 14TH day of November, 2006.

Peter Beer
United States District Judge